# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DARNELL YOUNG, | ) | |
| Petitioner, | ) | |
| v. | ) | No. 4:19-cv-01877-HEA |
| STANLEY PAYNE, | ) | |
| Respondent. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Darnell Young's motion for an extension of time in which to file a motion for reconsideration. (Docket No. 13). On March 24, 2020, the Court denied and dismissed petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 as time-barred. (Docket No. 12). In the instant motion, petitioner seeks a sixty-day extension to file a motion for rehearing, which the Court has construed as a request for an extension of time to file a motion for reconsideration. To support his motion, petitioner states that he does not have access to the law library due to being quarantined because of the coronavirus. Good cause being shown, the motion will be granted, and petitioner shall be given sixty days from the date of this order in which to file a motion for reconsideration.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for an extension of time in which to file a motion for reconsideration (Docket No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner shall have **sixty (60) days** from the date of this order in which to file a motion for reconsideration.

Dated this 13th day of April, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE