UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DARNELL YOUNG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:19-cv-01877-HEA |
| | ) | |
| STANLEY PAYNE, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter comes before the Court on a document filed by petitioner Darnell Young that has been construed as a motion to appoint counsel. (Docket No. 16). On May 24, 2020, the Court denied and dismissed petitioner's 28 U.S.C. § 2254 petition as time-barred. As such, petitioner's motion for appointment of counsel will be denied. Petitioner previously requested an extension of sixty days in which to file a motion for reconsideration, which the Court granted. The motion has not been filed. Nevertheless, the Court will give petitioner an additional thirty days in which to file a motion for reconsideration, if he so desires.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for appointment of counsel (Docket No. 16) is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner shall have **thirty (30) days** from the date of this order in which to file a motion for reconsideration.

Dated this 12th day of June, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE