# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DARNELL YOUNG, | ) |
| Petitioner, | ) |
| v. | ) No. 4:19CV1877 HEA |
| STANLEY PAYNE, | ) |
| Respondent. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter comes before the Court on a document filed by petitioner Darnell Young that has been construed as a motion to appoint counsel and a motion for extension of time. (Docket No. 18). The motion was filed on June 17, 2020.

Prior to the filing of the instant motion, the Court had given petitioner a sixty-day extension to file a motion for reconsideration. (Docket No. 15). No motion was filed. Instead, petitioner filed a document that the Court construed as a motion to appoint counsel. (Docket No. 16). On June 12, 2020, the Court denied the motion for appointment of counsel, and gave petitioner thirty additional days to file a motion for reconsideration. (Docket No. 17). Again, no such motion has been filed.

In the motion presently before the Court, petitioner has made another request for appointment of counsel. However, petitioner has presented no new reasons as to why the Court should revisit its earlier denial of his request for counsel. He has no constitutional or statutory right to appointed counsel in a civil case. *See Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013). Moreover, the Court has dismissed his 28 U.S.C. § 2254 petition as time-barred. (Docket No. 12). Therefore, petitioner's motion for appointment of counsel will once again be denied.

With regard to petitioner's request for an extension of time, the Court will give petitioner **thirty (30) days** from the date of **this** order in which to file a motion for reconsideration. Petitioner's motion will be due on **July 20, 2020**.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for appointment of counsel (Docket No. 18) is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner shall have until **July 20, 2020** in which to file a motion for reconsideration.

Dated this 18th day of June, 2020.

/s/ .
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE