**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DARNELL YOUNG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:19-cv-01877-HEA |
| ) | |
| STANLEY PAYNE, ) | |
| ) | |
| Respondent. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Darnell Young's motion for an extension of time in which to file a motion for reconsideration. (Docket No. 20). On March 24, 2020, the Court denied and dismissed petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 as time-barred. (Docket No. 12). Since then, he has sought and received two extensions in which to file a motion for reconsideration. In the instant motion, petitioner seeks another sixty-day extension to file a motion for reconsideration due to the coronavirus pandemic. Specifically, plaintiff states that because of the pandemic, "there is no movement" at his place of incarceration, and he does not have access to the law library. Good cause being shown, the motion will be granted, and petitioner shall be given sixty days from the date of this order in which to file a motion for reconsideration.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for an extension of time in which to file a motion for reconsideration (Docket No. 20) is **GRANTED**.

2

**IT IS FURTHER ORDERED** that petitioner shall have **sixty (60) days** from the date of this order in which to file a motion for reconsideration.

Dated this 10th day of July, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE