### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| DARNELL YOUNG, | ) |
| Petitioner, | ) |
| v. | ) No. 4:19-cv-01877-HEA |
| STANLEY PAYNE, | ) |
| Respondent. | ) |

### OPINION, MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Darnell Young's motion for extension of time in which to file a motion for reconsideration. (Docket No. 22). This is at least the fourth such motion that petitioner has filed. As in the earlier motions, petitioner states that due to the coronavirus, he has been quarantined in his cell and unable to access the law library. He therefore requests an additional sixty days in which to file his motion for reconsideration. Good cause being shown, the Court will grant petitioner's motion in part, and give petitioner **sixty (60) days** from the date of this order in which to file a motion for reconsideration. Petitioner's motion is due on or before **October 18, 2020**.

In the motion, petitioner also seeks the appointment of counsel. This request will be denied. Petitioner has requested the appointment of counsel in the past, and has been denied. He has not presented any additional information as to why the Court should revisit its earlier denials of his request for counsel. Petitioner has no constitutional or statutory right to appointed counsel in a civil case. *See Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013). Moreover, the Court has dismissed his 28 U.S.C. § 2254 petition as time-barred. (Docket No. 12). Therefore, petitioner's motion, to the extent that it seeks the appointment of counsel, will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for an extension of time (Docket No. 22) is **GRANTED** in part.

**IT IS FURTHER ORDERED** that petitioner shall have **sixty (60) days** from the date of this order in which to file a motion for reconsideration.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel is **DENIED**.

Dated this 18th day of August, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE